# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2013

## NO. 03-10-00407-CV

**Renee Sheree O'Carolan, Appellant**

**v.**

**Gary D. Hopper, Appellee**

## APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN AND FIELD
## AFFIRMED IN PART; REVERSED AND REMANDED IN PART
## ON MOTION FOR REHEARING -- OPINION BY JUSTICE PURYEAR

**THE OPINION** and judgment issued by this Court on June 21, 2013 are withdrawn, and we deny the appellant's motion for rehearing. This cause came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was error in the trial court's order denying the appellant's spousal-maintenance enforcement claim:

**IT IS THEREFORE ORDERED** that the trial court's order denying the appellant's spousal-maintenance enforcement claim is reversed, and we remand that claim to the trial court for further proceedings consistent with this opinion. **FURTHER**, we affirm both (1) the trial court's summary-judgment order denying the appellant's claim for continuation of spousal maintenance and (2) the trial court's final judgment on the remanded property-division claim. **FURTHER**, each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below; and it is ordered that this decision be certified below for observance.